# UNITED STATES DISTRICT COURT

### District of New Jersey

Chambers of
**William H. Walls**
District Judge
————

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

NOT FOR PUBLICATION

LETTER ORDER

February 8, 2010

Jaime Satizabal
Reg. # 29112-050
N.E.O.C.C.
Nn40 Hubbard Road
Youngstown, OH 44505

Re:     <u>U.S. v. Chu</u>; 06-007-05 (WHW)
        Motion for Reduction of Sentence

Dear Mr. Satizabal:

This Court has reviewed your November 9, 2009 Motion for Reduction of Sentence based on the time you spent in a Colombian prison pending your extradition to the United States.  As detailed in the attached letter from the United States Attorney's Office, the time you served in Colombia has already been credited towards your forty-six month sentence.  Accordingly, your motion is denied.

It is on this 9th day of February, 2010:

ORDERED that Jaime Satizabal's Motion for a Reduction of Sentence is DENIED.

**s/William H. Walls**
United States Senior District Judge

cc:    Margaret Ann Mahoney
       Office of the United States. Attorney
       970 Broad Street
       Suite 700
       Newark, NJ 07102