# UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
**William H. Walls**
District Judge

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

February 9, 2010

Jaime Satizabal
Reg. # 29112-050
N.E.O.C.C.
Nn40 Hubbard Road
Youngstown, OH 44505

Re:   <u>U.S. v. Chu</u>; 06-007-05 (WHW)
      Motion for Reduction of Sentence

Dear Mr. Satizabal:

This Court has reviewed your November 9, 2009 Motion for Reduction of Sentence based on the time you spent in a Colombian prison pending your extradition to the United States. As detailed in the attached letter from the United States Attorney's Office, the time you served in Colombia has already been credited towards your forty-six month sentence. Accordingly, your motion is denied.

It is on this 9th day of February, 2010:

ORDERED that Jaime Satizabal's Motion for a Reduction of Sentence is DENIED.

s/<u>William H. Walls</u>
United States Senior District Judge

cc:    Margaret Ann Mahoney
       Office of the United States. Attorney
       970 Broad Street
       Suite 700
       Newark, NJ 07102



**U.S. Department of Justice**

United States Attorney
District of New Jersey

Violent Crimes Unit

---

Margaret Ann Mahoney
Assistant U.S. Attorney
Chief, Violent Crimes Unit

970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2761 (direct dial)

February 1, 2010

Hon. William H. Walls
United States District Court Judge
Martin Luther King Jr. Fed. Building & Courthouse
Federal Square, P.O. Box 999
Newark, New Jersey 07101

      Re:    United States v. JAIME SATIZABAL
             Crim No. 06-007-05

Dear Judge Walls:

      Please accept this letter in lieu of a more formal submission in response to defendant Jaime Satizabal's ("defendant") motion for reduction of his sentence dated November 2, 2009. In his submission, defendant requests that the court credit his sentence for the time he spent in a Colombian prison pending extradition to the Untied States. The Court should deny the defendant's request.

      Bureau of Prisons ("BOP") records indicate that Jaime Satizabal was arrested in Colombia on January 13, 2007 and was extradited to the United States on January 22, 2008. Mr. Satizabal pleaded guilty and was sentenced to 46 months on January 11, 2009. At the time of sentencing, Mr. Satizabal was represented by Mr. Stephen Dratch, Esq.. During the sentencing hearing, Mr. Dratch made numerous arguments on behalf of his client. Mr. Dratch asked the court to take into consideration the time the defendant served in Colombia while waiting to be extradited to the United States. Mr. Dratch asked the court to reduce the defendant's sentence based upon the harsh conditions in the Colombian jail. In response, the Government informed your Honor that Mr. Satizabal would receive credit from the Bureau of Prisons for the time he served pending his extradition and therefore, he should not be given an additional benefit of time off his sentence. Your Honor considered the arguments and sentenced the defendant to forty-six months.

      On January 28, 2010, the Government contacted the Bureau of Prisons and spoke with Mr. Satizabal's case manager, Natalie Grant. Ms. Grant confirmed that Mr. Satizabal was given credit for the time he served in Colombia. BOP records indicate that jail time credit begin running on January 13, 2007 and ended on January 11, 2009. The defendant went into BOP's custody on January 12, 2009. The Government also learned that as a result of the jail time credit given to Mr. Satizabal, his release date from the Northeast Ohio Correctional Center is May 16, 2010. Therefore, the defendant's request should be denied.

Sincerely,

Margaret Ann Mahoney
Assistant United States Attorney